No. 75–1473.  E. I. DU PONT DE NEMOURS & CO. ET AL. v. TRAIN, ADMINISTRATOR, ENVIRONMENTAL PROTECTION AGENCY; and

No. 75–1705.  TRAIN, ADMINISTRATOR, ENVIRONMENTAL PROTECTION AGENCY v. E. I. DU PONT DE NEMOURS & CO. ET AL.  C. A. 4th Cir.  Motion to consolidate these cases with No. 75–978 [*E. I. du Pont de Nemours & Co. v. Train, Administrator, Environmental Protection Agency,* certiorari granted, 425 U. S. 933] denied.  Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument.  Cases set for oral argument with No. 75–978.  Reported below: 541 F. 2d 1018.

No. 75–974.  WEST PENN POWER CO. v. TRAIN, ADMINISTRATOR, ENVIRONMENTAL PROTECTION AGENCY, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 75–1170.  KEHRLI v. SPRINKLE.  C. A. 10th Cir.  Certiorari denied.

No. 75–1217.  BIRTLE v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 75–1230.  CITIES SERVICE CO. ET AL. v. FEDERAL ENERGY ADMINISTRATION ET AL.  Temp. Emerg. Ct. App.  Certiorari denied.

No. 75–1259.  MARATHON OIL CO. v. FEDERAL ENERGY ADMINISTRATION ET AL.  Temp. Emerg. Ct. App.  Certiorari denied.

No. 75–1310.  ESSER v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.